# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ANTHONY C. KENNEY § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. 6:16-cv-455-RWS- |
| BROOKSHIRES, *et al.* § | KNM |
| § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation regarding Plaintiff's failure to prosecute pursuant to Federal Rule of Civil procedure 41(b), has been presented for consideration. The Report and Recommendation (Doc. No. 14), filed on November 3, 2016, recommends that Plaintiff's Complaint be dismissed for failure to prosecute. Neither party filed written objections.

Accordingly, it is **ORDERED** that the findings and conclusions of the Magistrate Judge are **ADOPTED** as those of the Court.

**SIGNED this 7th day of March, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE